USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/11/2019

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x

JASON CAMACHO, and on behalf of all other persons similarly situated,

                           Plaintiffs,      No. 1:18-cv-10563

                      -against-

CALDWELL UNIVERSITY INC.,

                           Defendant.

------------------------------------x

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by the parties to this action, by and through their undersigned counsel, that this action is dismissed with prejudice. Each party shall bear its or his own legal fees and costs.

Dated: February 11, 2019

| | |
|---|---|
| GOTTLIEB & ASSOCIATES | PADUANO & WEINTRAUB, LLP |
| By: /s/ Jeffrey M. Gottlieb | By: /s/ Katherine B. Harrison |
| Jeffrey M. Gottlieb | Katherine B. Harrison |
| 150 East 18th Street, Suite PHR | 1251 Avenue of the Americas, 9th Floor |
| New York, New York 10003 | New York, New York 10020 |
| (212) 879-0240 | (212) 785-9100 |
| *Attorneys for Plaintiffs* | *Attorneys for Defendant* |

SO ORDERED.

Dated: February 11, 2019
       New York, New York

_____
ANALISA TORRES
United States District Judge